E. T., V. & G. R. R. Co. *vs.* JAMES MASSENGILL.

*(Supreme Court of Tennessee, 1885.)*

Per Freeman J. reversing.

1. *Railroads—Stopping at Way-Stations.* A conductor agreeing to put a passenger off at a place not a regular station, is bound to stop the train at that place, so that the passenger can get off in safety, even though his ticket is only to the last station passed before reaching it, additional fare being receivable if demanded. Citing W. R. R. Co. *vs* Young. 51 Ga., 489; 5 Waite. Oct. and Def., 312.

2. *Same—Leaping from Moving Train.* For a passenger to leap from a moving train, about to pass his station, is contributory negligence, which, however, will not always bar the action, and it is error to instruct the jury that the plaintiff was not negligent, if, when he leaped from the train *he honestly believed* it had stopped, the company not being responsible for the passenger's mistake. Citing Thompson, Carriers of Passengers, 267.

W. M. Baxter for the company.

C. J. St. John for Massengill.—*Southern Law Times.*

---

E. T., V. & G. R. R. Co. *vs.* DANIEL D. CONNOR *et al.*

*(Supreme Court of Tennessee, 1885.)*

Per Cooke, J., affirming.

1. *Railways—Alighting from Moving Train.* For a passenger to leave the train while it is in motion, was formerly held negligence *per se,* which would bar any action for injuries received in so alighting. But, now in Tennessee, the inquiry is, as in other cases, whose negligence was first and most gross. *Held,* accordingly : That a woman who stepped from the train while it was moving, only as fast as a man would walk, in obedience to the directions of the conductor, and was injured because of the darkness of the night, and the roughness of the ground, was entitled to recover damages. Citing Chicago, etc. R. R. Company *vs.* Cartwright. 52 Mich. 606 S. C., 50 Am. Rep. 274, Rover, Railways 1,117, 1,092. Thompson, Carriers of Passengers, 227.

W. M. Baxter for the company.

S. S. Kirkpatrick and Ingersoll & Coke for Connor and wife.—*Southern Law Times.*